Mark G. Simons, Esq. (SBN 5132)
Jeremy B. Clarke, Esq. (SBN 13849)
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., #F-46
Reno, Nevada 89509
Telephone:   (775) 785-0088
Facsimile:    (775) 785-0087
Email:  MSimons@SHJNevada.com;
           JClarke@SHJNevada.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RENO CAB COMPANY, INC., a Nevada corporation, | |
| Plaintiff, | CASE NO:  3:19-cv-00717-MMD-WGC |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| DIGITAL DISPATCH LIMITED PARTNERSHIP, a British Columbia Limited Partnership; DIGITAL DISPATCH SYSTEMS INC., a British Columbia Corporation; and DOES 1-5, inclusive; | |
| Defendants. | |
| _____/ | |
| AND RELATED MATTERS | |
| _____/ | |

   The parties, by and through their attorneys of record, hereby stipulate and agree to the dismissal of this action and all related counterclaims, with prejudice, each party to bear their own costs and attorney's fees.  The parties agree that no party is to be considered a prevailing party in this action for the purposes of seeking any attorney's fees or costs pursuant to any rule, statute or law, whether local, state or federal.

Therefore, the parties request the Court enter an order pursuant to this stipulation and dismiss this action with prejudice.

DATED this 12th day of April, 2021.   DATED this 12th day of April, 2021.

/s/ Jeremy B. Clarke
Mark G. Simons, Esq. (SBN 5132)
MSimons@SHJNevada.com
Jeremy B. Clark, Esq. (SBN 13849)
JClarke@SHJNevada.com
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., #F-46
Reno, Nevada 89509
Telephone:   (775) 785-0088
Facsimile:    (775) 785-0087
*Attorneys for Plaintiff*

/s/ Wayne Klomp
Janine C. Prupas, Esq. (SBN 9156)
jprupas@swlaw.com
Wayne Klomp, Esq. (SBN 10109)
wklomp@swlaw.com
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone:   (775) 785-5440
Facsimile:    (775) 785-5441
*Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED: April 12, 201

_____
UNITED STATES DISTRICT JUDGE